STATE OF INDIANA
JOHNSON SUPERIOR COURT
2019 TERM

MOSES SMITH,
    Plaintiff,

v.                                           CAUSE NO.

MARLU STOCKTON LLC dba
CHURCH'S CHICKEN aka LITTLE CAESARS
PIZZA aka MARLU INVESTMENT
GROUP aka MARLU INDIANA LLC,
    Defendant.

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Moses Smith, by counsel, G. Steven Fleschner, and for his cause of action against the Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC alleges and says:

1. That the incident which is the subject of this litigation occurred in Johnson County, Indiana on May 29, 2017.

2. That the incident which is the subject of this litigation occurred at Little Caesars Pizza located at 670 U.S. Highway 31, Greenwood, Indiana 46142.

3. That on May 29, 2017, Plaintiff, Moses Smith, was a business patron and invitee of Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC's Little Caesars Pizza restaurant located at 670 U.S. Highway 31, Greenwood, Indiana 46142, which is owned, operated, maintained, serviced, and utilized by the Defendant.

4. That at all times relevant herein, Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC, owed a duty to its business invitees of the restaurant to provide a safe environment and to use ordinary care in maintaining its premises so as to prevent an unreasonable risk of harm to business invitees.

5. That on May 29, 2017, the Plaintiff, Moses Smith, was entering the Little Caesars Pizza restaurant, when he fell as soon as he stepped in the door. The immediate area where Plaintiff fell was wet.

6. That at the time of, and immediately before the aforementioned incident, the

Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC, through its agents, representatives, or employees, negligently failed to keep a proper business environment for its business invitees, including the Plaintiff.

7. That at the time of, and immediately before the aforementioned incident the Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC, through its agents, representatives, or employees, negligently failed to exercise ordinary care for the safety of its business patrons.

8. That at the time of, and immediately before the aforementioned incident the Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC, through its agents, representatives, or employees, negligently failed to keep its entrance in a safe condition.

9. That at the time of, and immediately before the aforementioned incident the Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC, negligently failed to adequately instruct and train its agents, employees, or representatives, to prevent injury to its business invitees.

10. That at the time of, and immediately before the aforementioned incident the Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC, through its agents, representatives, or employees, negligently failed to properly warn or inform of hazardous conditions.

11. That at the time of, and immediately before the aforementioned incident the Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC, through its agents, representatives, or employees, negligently failed to maintain a safe entrance for its business invitees.

12. That as a result of the aforementioned incident, Plaintiff, Moses Smith, sustained injuries and damages.

13. That Plaintiff's injuries, damages and losses were proximately caused by one or more of Defendant's, omissions or acts of negligence.

14. That Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC is licensed to do business in the State of Indiana and is represented by their registered agent, Corporation Service Company, located at 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana, 46204.

WHEREFORE, Plaintiff, Moses Smith, prays for a judgment against the Defendant, MarLu Stockton LLC dba Church's Chicken aka Little Caesars Pizza aka MarLu Investment Group aka MarLu Indiana LLC, in an amount sufficient to reasonably compensate him for his

injuries, damages and losses, for costs of this action, and for all other just and necessary relief in the premises.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues so triable as a matter of right.

Respectfully submitted:

FLESCHNER, STARK, TANOOS & NEWLIN
201 Ohio Street
Terre Haute, IN   47807
(812) 232-2000

_____
G. Steven Fleschner, #6906-84
Attorney for Plaintiff